UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WILLIE ALFRED GREEN,**<br>　　　　　**Petitioner,**<br><br>vs.<br><br>**DELIJAH WASHINGTON,**<br>　　　　　**Respondent.** | CIVIL ACTION FILE<br><br>NO.  1:20-CV-2337-MHC |

## J U D G M E N T

This petition for a writ of habeas corpus having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, and the petition having been considered and the court having rendered its opinion, it is

**Ordered and Adjudged** that the petition for a writ of habeas corpus be, and the same hereby is, **denied** and **dismissed**.

Dated at Atlanta, Georgia, this 27th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　　By:   s/Jill Ayers
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
May 27, 2021
James N. Hatten
Clerk of Court

By: s/Jill Ayers
　　　Deputy Clerk